GEORGE MISKAR, PLAINTIFF-PETITIONER, v. CELANESE CORPORATION OF AMERICA, DEFENDANT-RESPONDENT.

*Mr. Elias G. Willman* and *Mr. Joseph Coult,* for the petitioner.

*Mr. Fredrick J. Waltzinger, Mr. Edwin J. O'Brien* and *Mr. John W. O'Brien,* for the respondent.

April 23, 1951. Denied.